UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert S. JACKSON–BEY, a/k/a Ali
Jackson, a/k/a Ali Jameson,
Defendant–Appellant.

No. 01–7016.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 26, 2001.

Robert S. Jackson Bey, pro se.

Gerald J. Smagala, Office of the United States Attorney, Alexandria, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert S. Jackson–Bey appeals from the district court's order denying his motion for reconsideration of an order denying his motion for a reduction in sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Jackson–Bey,* No. CA–92–75–A (E.D.Va. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*